Amy L Martz  #16508
MARTZ LAW
1682 West Reunion Ave, 4A&B
South Jordan, UT 84095
AmyLMartz@Protonmail.com
(801) 231-0286
*Attorney for Plaintiff*

Tyler Ayres, #9200
AYRES LAW FIRM
136 West 12300 S., Suite 201
Draper UT 84020
Tyler@ayreslawfirm.com
(801) 255-5555 Office
(801) 918-9506 Cell

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| REGAN AND BRANDON WILKES for and on behalf of minor child, HW, Plaintiffs <br><br> v. <br> CANYONS SCHOOL DISTRICT & CANYONS BOARD OF EDUCATION Defendants | **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Case No. 2:25-CV-00218 <br><br> Judge: Ted Stewart <br><br> Magistrate Judge: Cecilia M. Romero |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move this Court for leave to file their First Amended Complaint in the above-captioned matter. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their original Complaint on or about March 20, 2025.

2. Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b), on or about June 13, 2025, to which Plaintiffs have not yet responded.

3. Pursuant to Rule 15(a)(1)(B), Plaintiffs may amend their Complaint once as a matter of course within 21 days after service of a motion under Rule 12(b). Plaintiffs seek to amend within this period or, alternatively, request leave of court pursuant to Rule 15(a)(2). Plaintiffs are within the 21 days, but also request leave of the court.

4. The proposed amendments are made in good faith and are intended to clarify factual allegations and legal theories.

5. No undue prejudice will result to Defendants, as the case remains at an early stage and no answer has yet been filed.

6. In accordance with DUCivR 15-1, a redlined version of the proposed First Amended Complaint and a clean copy are attached hereto.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to file the attached First Amended Complaint and deem it filed on the date submitted.

DATED this 3rd day of July 2025.

*/s/ Amy L. Martz*        /s/ Tyler Ayres
Amy L. Martz        Tyler Ayres
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Via Efile:

**Vanessa R. Walsh (#16180)**
**Derek Brown (#10476)**
UTAH ATTORNEY GENERAL
350 North State Street Ste 230
Salt Lake City, UT 84114
(801) 366-0260
attorneygeneral@agutah.gov
vwalsh@agutah.gov
njohnston@agutah.gov

**Joan Andrews (#7803)**
**Sarah Vaughn (#14615)**
FABIAN VANCOTT
95 State Street, Suite 2300
Salt Lake City, UT 84111
(801) 531-8900
JAndrews@fabianvancott.com
SVaughn@fabianvancott.com
*Attorneys for Defendants*

DATED this 3rd day of July 2025.

/s/ Amy L. Martz      /s/ Tyler Ayres
Amy L. Martz      Tyler Ayres
*Attorneys for Plaintiffs*