Tyler Ayres – Bar No. 9200
AYRES LAW FIRM
136 West 12300 South, Suite 201
Draper, Utah 84020
Office: (801) 255-5555
Mobile: (801) 918-9506
tyler@ayreslawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REGAN WILKES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CANYONS SCHOOL DISTRICT, et al.<br><br>Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**<br><br>Case No. 2:25-cv-00218-CMR<br><br>District Judge Ted Stewart<br><br>Chief Magistrate Judge Cecilia M. Romero |

**NOTICE OF WITHDRAWAL OF TYLER AYRES AS COUNSEL**

Pursuant to DUCivR 83-1.4 of the Local Rules of Practice for the United States District Court for the District of Utah, Tyler Ayres of Ayres Law Firm hereby provides notice to the Court of his intent to withdraw and requests an Order granting his withdrawal as counsel of record for Plaintiffs Regan and Brandon Wilkes.

This motion is made at the express request of the Plaintiffs. Amy L. Martz of Martz Law, who is currently co-counsel for Plaintiffs, pursuant to DUCivR 83-1.3 will remain as counsel of record and will continue to represent Plaintiffs in this matter. Because Ms. Martz is remaining as counsel, Plaintiffs representation will continue uninterrupted, and no stay of proceedings is

necessary. Remaining counsel will comply with all pending deadlines, hearings, and trial dates.

Counsel notes for the Court there is an outstanding motion not yet ruled upon. This is the Order to Show Cause, for which there was a hearing held, sanctions are agreed upon, and the matter is pending for court approval and final decision. Withdrawing counsel has coordinated with remaining counsel, Amy L. Martz, to ensure the transition of responsibility does not prejudice the Plaintiff position regarding pending motions or any other aspect of this litigation.

In accordance with local rules, a proposed order is submitted with this motion. Counsel requests the Court grant this motion and remove Tyler Ayres from the certificate of service and official record in this case.

DATED this 4th day of May 2026

AYRES LAW FIRM
/s/ Tyler Ayres
Tyler Ayres
Attorney for Plaintiffs

## CERTIFICATE FOR SERVICE

We hereby certify that on this 4th day of May 2026, we caused a true and correct copy of the foregoing **PLAINTIFFS' COUNSEL'S Tyler Ayres Motion for Leave to Withdraw as Counsel of Record** to be filed via the Court's electronic filing system, which sent a copy of the filing to the following:

Joan M. Andrews (7803)
Sarah C. Vaughn (14615)
Fabian VanCott
95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
jandrews@fabianvancott.com
svaughn@fabianvancott.com

Vanessa R. Walsh (16180)
UTAH ATTORNEY GENERAL
350 North State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0260
vwalsh@agutah.gov

Amy L Martz – Bar No. 16508
MARTZ LAW
5438 West Bridle Vista Circle
West Jordan, Utah 84081
AmyLMartz@Protonmail.com

AYRES LAW FIRM
/s/    Tyler Ayres
Tyler Ayres
Attorney for Plaintiffs



Tyler Ayres <tyler@ayreslawfirm.com>

**Wilkes v. Jordan School District**

**Tyler Ayres** <Tyler@ayreslawfirm.com>
To: Joan Andrews <jandrews@fabianvancott.com>
Cc: Amy L Martz <AmyLMartz@protonmail.com>

Mon, Mar 23, 2026 at 10:49 AM

Joan,

Thank you for your comments at the hearing for sanctions in Moulder. As I read your supplemental information I realized you were not requesting the additional fees and were simply representing your clients interests at the request of the Court.

Regarding the Wilkes matter. Upon review our attitude is the same. We take full responsibility. The error is ours.

We were working on both documents around the same time, utilizing the same deficient system.

I'm certain you expended additional time and resources for this one as well. Do you have a specific request for the time expended?

Please let me know as we are anxious to resolve this matter as well.

*Warm regards,*

*Tyler Ayres*

**Ayres Law Firm**
136 W 12300 S, Ste. 201
Draper, UT 84020
(801) 918-9506



**CONFIDENTIALITY NOTICE:** This email may contain attorney–client privileged and confidential information intended only for the named recipient. If you are not the intended recipient, please notify the sender immediately and delete this message. Unauthorized review, use, or distribution is prohibited. Please contact the office by calling (801) 255-5555 if you have any questions.

I do not check my emails on my phone regularly. If I don't get back to you in a reasonable time, please send a text as I check those as they come in.